In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-18-00408-CR
_____

ISAAC HUDSON JR., Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 260th District Court
Orange County, Texas
Trial Cause No. D180282-R

MEMORANDUM OPINION

A jury found Isaac Hudson Jr. guilty of felony assault, a third-degree felony, and the trial court assessed punishment at ten years of confinement and assessed a $1,000 fine. *See* Tex. Penal Code Ann. § 22.01 (West 2019).[1] Hudson's appellate counsel filed a brief that presents counsel's professional evaluation of the record,

---

[1] We cite to the current version of the statute as amendments subsequent to Hudson's offense do not affect our disposition.

1

and he concludes the appeal is frivolous and without merit and that there are no arguable grounds for reversal. *See Anders v. California*, 386 U.S. 738 (1967); *High v. State*, 573 S.W.2d 807 (Tex. Crim. App. 1978). We notified Hudson of his right to file a pro se brief, but we have not received a response from Hudson.

Upon receiving an *Anders* brief, a court must conduct a full examination of the record to determine whether the appeal is wholly frivolous. *Penson v. Ohio*, 488 U.S. 75, 80 (1988) (citing *Anders*, 386 U.S. at 744). We have independently examined the entire appellate record in this matter. We conclude that no reversible error exists, no arguable issues support an appeal, and this appeal is wholly frivolous. *See Bledsoe v. State*, 178 S.W.3d 824, 827-28 (Tex. Crim. App. 2005) ("Due to the nature of *Anders* briefs, by indicating in the opinion that it considered the issues raised in the briefs and reviewed the record for reversible error but found none, the court of appeals met the requirements of Texas Rule of Appellate Procedure 47.1."). Therefore, we find it unnecessary to order appointment of new counsel to re-brief the appeal. *Compare Stafford v. State*, 813 S.W.2d 503, 511 (Tex. Crim. App. 1991). We affirm the trial court's judgment.[2]

---

[2] Hudson may challenge our decision in this case by filing a petition for discretionary review. *See* Tex. R. App. P. 68.

AFFIRMED.

                          _____

                                    LEANNE JOHNSON
                                         Justice

Submitted on April 23, 2019
Opinion Delivered May 8, 2019
Do Not Publish

Before Kreger, Horton and Johnson, JJ.